LUCINDA M. MONROE, Appellant, *v.* IDA F. MATHER-LOVELACE et al., as Administrators of the Estate of CHARLES W. MATHER, Deceased, et al., Respondents.

(Argued November 18, 1907; decided December 3, 1907.)

Motion to amend remittitur so as to provide that the respondents Ida F. Mather-Lovelace et al., as administrators, and the respondents A. D. Mather & Co.'s Bank et al., recover separate bills of costs and disbursements granted, without costs. (See 189 N. Y. 563.)

JAMES A. GRANT, Appellant, *v.* CANANEA CONSOLIDATED COPPER COMPANY, Respondent, Impleaded with Others.

(Submitted November 25, 1907; decided December 3, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 189 N. Y. 241.)